# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Courtney Sara Miller**
    Plaintiff

vs.                        CASE NUMBER: 6:24-cv-596 (ML)

**Commissioner of Social Security**
    Defendant

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's final decision be reversed and that this action be REMANDED to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

All of the above pursuant to the order of the Honorable **Miroslav Lovric**, dated December 3, 2024.

DATED: December 3, 2024

_signature_
Clerk of Court

s/Matthew Gerace
Matthew gerace
Deputy Clerk